1  NANCY E. PRITIKIN, Bar No. 102392
   GABRIEL S. LEVINE, Bar No. 227271
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendant
   RIGHT MANAGEMENT
6  CONSULTANTS, INC.

7  CHARLES M. LOUDERBACK, Bar No. 88788
   JANINE R. HUDSON, Bar No. 206671
8  THE LOUDERBACK LAW FIRM
   One Embarcadero Center, Suite 2300
9  San Francisco, CA 94111
   Telephone: 415.398.7860

10
   Attorneys for Plaintiff
11 MARY JEAN HONG

12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17 MARY JEAN HONG,                      Case No. C04 4011 PJH ENE

18         Plaintiff,                   **SECOND JOINT STIPULATION AND
                                        [~~PROPOSED~~] ORDER REGARDING
19    v.                                EXTENSION OF TIME TO COMPLETE
                                        ENE SESSION**
20 RIGHT MANAGEMENT
   CONSULTANTS, INC., DOES 1 through
21 100, inclusive,                      Judge:    Hon. Phyllis J. Hamilton
                                        Trial:    May 29, 2006
22         Defendants.

23

24

25

26

27

28

        CASE NO. C 04 4011 PJH                    JOINT STIPULATION AND [PROPOSED]
                                                  ORDER EXTENDING TIME TO COMPLETE
                                                  EARLY NEUTRAL EVALUATION

1   **WHEREAS**, Plaintiff Mary Jean Hong ("Plaintiff") and Defendant Right

2   Management Consultants, Inc. ("Defendant") (jointly referred to herein as the "Parties") agree that

3   extending the deadline for completing Early Neutral Evaluation ("ENE") to August 31 will afford

4   the Parties sufficient time to complete the necessary discovery, depositions, and prepare for a

5   meaningful and productive ENE session;

6   **WHEREAS**, the Parties were assigned to a new Evaluator on May 4, 2005.

7   **WHEREAS**, the Parties have discussed said extension with the new Evaluator,

8   Deborah Shefler, who agrees to keep this case and supports the Parties' position that it would be

9   premature to proceed with ENE at this time before certain written discovery and depositions have

10   been completed;

11   **WHEREAS,** both Parties have propounded and responded to written discovery in the

12   form of special interrogatories and document requests;

13   **WHEREAS,** the Parties have taken five hours of the Plaintiff's deposition, have

14   scheduled Jay Klein's deposition for June 8, and are selecting mutually convenient dates for the two-

15   hour continuation of Plaintiff's deposition, the deposition of Defendant's Person Most

16   Knowledgeable, the deposition of Nancy Czajkowski, and the deposition of Gail Weibley; and

17   **WHEREAS,** the aforementioned extension will not affect the May 29, 2006 trial date

18   or related pre-trial dates set by this Court, and it appears that good cause exists for the entry of an

19   Order extending the ENE deadline to August 31, 2005;

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1       **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto,

2   through their undersigned counsel, that the deadline to complete the ENE session in this matter will

3   be, upon order of the Court, August 31, 2005.

4       **IT IS SO STIPULATED**.

5

6   DATED: June 3, 2005               By: _____/s/_____
                                 JANINE R. HUDSON

7                                    THE LOUDERBACK LAW FIRM

8                                    Attorneys for Plaintiff
                                 MARY JEAN HONG

9

10  DATED: June 3, 2005               By: _____/s/_____
                                 GABRIEL S. LEVINE

11                                   LITTLER MENDELSON, P.C.
                                 A Professional Corporation

12

13                                   Attorneys for Defendant
                                 RIGHT MANAGEMENT

14                                   CONSULTANTS, INC.

15      **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

16

17          6/15/05

18  DATED: _____    By: _____
                                   HON. PHYLLIS J. HAMILTON

19                                   United States District Court Judge

Firmwide:80083815.1 027746.1002

20

21

22

23

24

25

26

27

28

        CASE NO. C 04 4011 PJH ENE        3.        SECOND JOINT STIPULATION AND
                                                              [PROPOSED] ORDER EXTENDING TIME TO
                                                                COMPLETE ENE