CHARLES M. LOUDERBACK (SBN 88788)
JANINE R. HUDSON (SBN 206671)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: 415-398-7860

Attorneys for Plaintiff
MARY JEAN HONG


NANCY E. PRITIKIN (SBN 102392)
GABRIEL S. LEVINE (SBN 227271)
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108-2693
Telephone: 415-433-1940

Attorneys for Defendant
RIGHT MANAGEMENT CONSULTANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARY JEAN HONG,

    Plaintiff,

v.

RIGHT MANAGEMENT CONSULTANTS, INC., DOES 1 through 100, inclusive,

    Defendants.

CASE NO. C-04-4011 PJH

**THIRD JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO COMPLETE ENE SESSION AND CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**

Judge: Hon. Phyllis J. Hamilton
Evaluator: Deborah S. Shefler

Further CMC: September 1, 2005
Trial: May 29, 2006

    **WHEREAS**, Plaintiff Mary Jean Hong ("Plaintiff") and Defendant Right Management Consultants, Inc. ("Defendant") ("jointly referred to herein as the "Parties") agree that extending the deadline for completing Early Neutral Evaluation ("ENE") to October 28, 2005 will afford the Parties sufficient time to complete the necessary discovery and prepare for a meaningful and productive ENE session;

    **WHEREAS**, the Parties have discussed said extension with Evaluator Deborah Shefler, who agrees to retain this case;

    **WHEREAS,** both Parties have propounded written discovery in the form of special interrogatories and document requests and are currently meeting to informally resolve the disputed items relative to Plaintiff's requests;

    **WHEREAS**, although some depositions have been taken, further depositions are necessary, including two hours of Plaintiff's deposition, the deposition of Defendant's Person Most Knowledgeable, the deposition of Nancy Czajkowski, the deposition of Gail Weibley and, Plaintiff contends, further deposition of Jay Klein;

    **WHEREAS**, the aforementioned extension request will not affect the May 29, 2006 trial date or related pre-trial dates set by this Court, and it appears that good cause exists for the entry of an Order extending the ENE deadline to October 28, 2005;

    **WHEREAS**, the Parties also agree that the Further Case Management Conference currently set for September 1, 2005 before this Court be continued to November ___, 2005, following the Parties' completion of the ENE process;

    **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, as follows: the ENE session for the above-captioned matter currently set for August 31, 2005 shall be continued to October 28, 2005 before Evaluator Deborah Shefler.

    **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, that the ENE briefs will be exchanged between the Parties and submitted to Evaluator Shefler no later than 7 days before said ENE session.

1    **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, that the Parties respectfully request that the Further Case Management Conference in this action, which is currently set for September 1, 2005, be continued to November 3, 2005 or as soon thereafter as this matter may proceed before the Court.

**IT IS SO STIPULATED.**

DATED: August 16, 2005          THE LOUDERBACK LAW FIRM

By: _____s/Charles M. Louderback_____
CHARLES M. LOUDERBACK
JANINE R. HUDSON
Attorneys for Plaintiff
MARY JEAN HONG

DATED: August 16, 2005          LITTLER MENDELSON, P.C.

By: _____s/Nancy E. Pritikin_____
NANCY E. PRITIKIN
GABRIEL S. LEVINE
Attorneys for Defendant
RIGHT MANAGEMENT
CONSULTANTS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/19/05      By: _____[signature]_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

NO FURTHER
EXTENSIONS

---

CASE NO. C 04 4011 PJH     3.     JOINT STIPULATION AND *[PROPOSED]* ORDER EXTENDING TIME TO COMPLETE EARLY NEUTRAL EVALUATION