UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY J. HONG,

    Plaintiff(s),                            No. C 04-4011 PJH

    v.                                   **ORDER**

RIGHT MANAGEMENT
CONSULTANTS, INC.,

    Defendant(s).
_____/

    Before the court are overlong letter briefs filed by both parties and a multitude of documents filed by defendant on the request of plaintiff to exceed the number of depositions permitted by the Federal Rules of Civil Procedure.  In view of the impending discovery cutoff date, the pretrial and trial date, and for the reasons advanced by defendant in its opposition, the request is DENIED.

    Additionally, defendant's motion to file under seal its letter brief and attachments and portions of plaintiff's letter brief, previously publicly filed in its entirety, is DENIED.  All documents filed in support of and in opposition to these matters shall be filed in the public record.

    Finally, in view of anticipated motions for summary judgment, the court takes this opportunity to advise and warn the parties that any briefs filed in this case in the future must conform to the Civil Local Rules, specifically those rules pertaining to page limits found in Rules 7-11 and 7-2, and to font size for footnotes in Rule 3-4.  Pages in excess of these limits will be stricken as will footnotes in a font smaller than permitted.

    Terminates docket numbers 44, 46, 48.

    **IT IS SO ORDERED.**

Dated: November 17, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge