IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. HONG,<br><br>        Plaintiff,<br><br>  v.<br><br>RIGHT MANAGEMENT CONSULTANTS, INC.,<br><br>        Defendant.<br>_____/ | No. C-04-04011 PJH (EDL)<br><br>**ORDER EXTENDING DISCOVERY CUTOFF DATE TO ACCOMMODATE DEPOSITION** |

On November 18, 2005, Plaintiff filed a letter regarding a discovery dispute over when to take the deposition of James Greenway, who was too ill to be deposed as scheduled on November 17, 2005. Defendant responded in a letter on the same day, again offering to make Mr. Greenway available on December 7, 2005, one week after the November 30, 2005 discovery cutoff date in this case. The Court held a telephonic hearing on this issue on November 21, 2005.

Mr. Greenway's illness, coupled with the intervening Thanksgiving holiday and the heavy deposition schedule for this case over the remaining six court days before the cutoff date, establishes good cause to grant a short extension of the discovery cutoff date to accommodate Mr. Greenway's deposition. The deposition shall take place on December 7, 2005. Defendant shall pay to expedite Mr. Greenway's deposition transcript.

The Court counseled the parties to make every effort to resolve among themselves any dispute arising out of Mr. Greenway's deposition. Defendant is instructed not to make any improper objections, and especially not to make unjustified instructions not to answer. The Court strongly anticipates that the parties will be able to resolve any disputes without court intervention. However, if a dispute arises during the deposition, the parties may request court assistance pursuant to Civil Local Rule 37-1(b). If, after meeting and conferring among themselves or with the help of the Court pursuant to Local Rule 37-1(b), the

parties are still unable to resolve discovery disputes arising from Mr. Greenway's deposition, the parties shall meet and confer and file a joint statement setting forth each dispute, with citation to the deposition transcript, followed by Plaintiff's argument and Defendant's argument. The joint statement shall be filed no later than December 16, 2005. If necessary, the Court will hold a hearing on December 20, 2005 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 22, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge