1   NANCY E. PRITIKIN, Bar No. 102392
    RONALD D. ARENA, Bar No. 218421
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street, 20th Floor
    San Francisco, CA  94108.2693
4   Telephone: 415.433.1940

5   Attorneys for Defendant
    RIGHT MANAGEMENT CONSULTANTS, INC.
6
    CHARLES M. LOUDERBACK, Bar No. 88788
7   JANINE R. HUDSON, Bar No. 206671
    THE LOUDERBACK LAW FIRM
8   One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
9   Telephone: 415.398.7860

10  Attorneys for Plaintiff
    MARY JEAN HONG
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16  MARY JEAN HONG,                      Case No. C04 4011 PJH (EDL)

17            Plaintiff,                 **DISCOVERY MATTER**

18        v.                             **STIPULATION AND [~~PROPOSED~~]
                                         ORDER RE PLAINTIFF'S DEADLINE
19  RIGHT MANAGEMENT                     FOR MOVING TO COMPEL WITH
    CONSULTANTS, INC., DOES 1 through    REGARD TO PLAINTIFF'S REQUEST
20  100, inclusive,                      FOR PRODUCTION, SET TWO**

21            Defendants.

22

23

24

25

26

27

28

    CASE NO. C 04 4011 PJH (EDL)         STIPULATION RE PLAINTIFF'S DEADLINE
                                         FOR MOVING TO COMPEL W/R/T RFP, SET
                                         TWO

1
2
3

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto through their undersigned counsel, that Plaintiff's deadline for moving to compel with regard to her Request for Production of Documents, Set Two shall be continued to December 16, 2005.

4

**IT IS SO STIPULATED**.

5
6
7
8

DATED:  December 8, 2005

By: _____/s/_____
PAUL HERBERT
THE LOUDERBACK LAW FIRM
Attorneys for Plaintiff
MARY JEAN HONG

9
10
11
12
13

DATED: December 8, 2005

By: _____/s/_____
RONALD D. ARENA
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
RIGHT MANAGEMENT
CONSULTANTS, INC.

14
15

**SO ORDERED.**

16

DATED:  December _8_, 2005

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
HON. ELIZABETH D. LAPORTE
MAGISTRATE JUDGE OF THE U.S. DISTRICT
COURT, NORTHERN DISTRICT OF CALIFORNIA

17
18
19
20

Firmwide:80651868.1 027746.1002

21
22
23
24
25
26
27
28

CASE NO. C 04 4011 PJH (EDL)                    2.

STIPULATION RE PLAINTIFF'S DEADLINE
FOR MOVING TO COMPEL W/R/T RFP, SET
TWO