| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
| | RONALD D. ARENA, Bar No. 218421 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
| 5 | Attorneys for Defendant |
| | RIGHT MANAGEMENT CONSULTANTS, INC. |
| 6 | |
| 7 | CHARLES M. LOUDERBACK, Bar No. 88788 |
| | PAUL D. HERBERT, Bar No. 104527 |
| | JANINE R. HUDSON, Bar No. 206671 |
| 8 | THE LOUDERBACK LAW FIRM |
| | One Embarcadero Center, Suite 2300 |
| 9 | San Francisco, CA 94111 |
| | Telephone: 415.398.7860 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | MARY JEAN HONG |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JEAN HONG, | Case No. C04 4011 PJH (EDL) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | STIPULATION AND [PROPOSED] ORDER RE DISCOVERY MOTION DEADLINE WITH REGARD TO PLAINTIFF'S DEPOSITION OF JAMES GREENWAY |
| RIGHT MANAGEMENT CONSULTANTS, INC., DOES 1 through 100, inclusive, | |
| Defendants. | |

CASE NO. C 04 4011 PJH (EDL)                    STIPULATION RE FURTHER QUESTIONING OF GREENWAY

1  **WHEREAS** the parties have reached agreement on their dispute concerning certain lines of inquiry about which James Greenway had been instructed not to answer at his December 7, 2005 deposition.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto through their undersigned counsel, that Defendant agrees to produce James Greenway for further deposition via telephone on January 2, 2006, concerning the lines of inquiry agreed to by the parties, and for reasonable follow-up questions thereon. Defendant makes this stipulation without waiving any of its objections to the lines of questioning agreed to by the parties, and without prejudice to any other rights and remedies it has with regard to the proposed line of questioning. The Parties further agree and that Plaintiff's deadline for moving to compel any questions asked in that deposition shall be extended to January 11, 2005, and that Plaintiff may bring any such motion on an expedited basis, in accordance with Civil L.R. 37-1(b).

**IT IS SO STIPULATED.**

DATED: December 16, 2005          By: _____/s_____
                                  PAUL D. HERBERT
                                  THE LOUDERBACK LAW FIRM
                                  Attorneys for Plaintiff
                                  MARY JEAN HONG

DATED: December 15, 2005          By: _____/s/_____
                                  RONALD D. ARENA
                                  LITTLER MENDELSON, P.C.
                                  A Professional Corporation
                                  Attorneys for Defendant
                                  RIGHT MANAGEMENT
                                  CONSULTANTS, INC.

**SO ORDERED.**

DATED: December 16, 2005

_____
HON. ELIZABETH D. LAPORTE
MAGISTRATE JUDGE OF THE U.S. DISTRICT
COURT, NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte]*

Firmwide:80671586.1 027746.1002

CASE NO. C 04 4011 PJH (EDL)          2.          STIPULATION RE FURTHER QUESTIONING OF GREENWAY