NANCY E. PRITIKIN, Bar No. 102392
RONALD D. ARENA, Bar No. 218421
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
RIGHT MANAGEMENT CONSULTANTS, INC.

CHARLES M. LOUDERBACK, Bar No. 88788
PAUL D. HERBERT, Bar No. 104527
JANINE R. HUDSON, Bar No. 206671
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: 415.398.7860

Attorneys for Plaintiff
MARY JEAN HONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JEAN HONG,<br><br>Plaintiff,<br><br>v.<br><br>RIGHT MANAGEMENT CONSULTANTS, INC., DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C04 4011 PJH (EDL)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY MOTION DEADLINE WITH REGARD TO PLAINTIFF'S REQUESTS FOR PRODUCTION, SET TWO** |

1  **WHEREAS** the parties to the above-captioned action are in the process of meeting
2  and conferring over a resolution of most or all of any remaining disputes with regard to Plaintiff's
3  Requests for Production, Set Two;

4  **WHEREAS** the parties have reached agreement on the production of several
5  categories of documents; and

6  **WHEREAS** the parties have agreed to continue diligent efforts to meet and confer on
7  all remaining issues in dispute on an expedited basis;

8  **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto
9  through their undersigned counsel, that Defendant's deadline for producing records in further
10 response to Plaintiff's Requests for Production, Set Two, shall be extended in accordance with the
11 agreement of the parties; and that Plaintiff's deadline for moving to compel with regard to any of the
12 documents request in its Requests for Production, Set Two, shall be extended to January 17, 2006,
13 without prejudice to Plaintiff's right to bring any such a motion earlier than January 17, 2006, if the
14 continuing meet and confer process has reached impasse. The parties agree that Plaintiff may bring
15 any such motion on shortened time.

16 **IT IS SO STIPULATED.**

18 DATED: December ___, 2005        By: _____/s/_____
                                       PAUL D. HERBERT
19                                     THE LOUDERBACK LAW FIRM
                                       Attorneys for Plaintiff
20                                     MARY JEAN HONG

21 DATED: December 15, 2005         By: _____/s/_____
                                       RONALD D. ARENA
22                                     LITTLER MENDELSON, P.C.
                                       A Professional Corporation
23                                     Attorneys for Defendant
                                       RIGHT MANAGEMENT
24                                     CONSULTANTS, INC.

25 ////
26 ////
27 ////

1  **SO ORDERED.**

2  DATED: December 16, 2005

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

3  _____
4  HON. ELIZABETH D. LAPORTE
   MAGISTRATE JUDGE OF THE U.S. DISTRICT
   COURT, NORTHERN DISTRICT OF CALIFORNIA

6  Firmwide:80671383.1 027746.1002