UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY J. HONG,

    Plaintiff(s),

No. C 04-4011 PJH

    v.

**ORDER**

RIGHT MANAGEMENT CONSULTANTS, INC.,

    Defendant(s).
_____/

    Before the court is the parties' request to extend the expert disclosure and discovery cut-off dates. The parties submit that good cause exists because the court "continued" the hearing date on defendant's motion for summary judgment. The hearing date was continued to February 1, 2006, six days beyond the January 26, 2006 dispositive motion cut-off date, because defendant's motion was not timely filed for a January 25, 2006 hearing. The court allowed continuance of the hearing date based on defendant's alleged confusion regarding the weekday that the court hears such motions.

    Accordingly, there is no good cause for a continuance of the expert disclosure and discovery cut-off dates, and the request is DENIED.

**IT IS SO ORDERED.**

Dated: January 20, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge