NANCY E. PRITIKIN, Bar No. 102392
RONALD D. ARENA, Bar No. 218421
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
RIGHT MANAGEMENT CONSULTANTS, INC.

CHARLES M. LOUDERBACK, Bar No. 88788
JANINE R. HUDSON, Bar No. 206671
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: 415.398.7860

Attorneys for Plaintiff
MARY JEAN HONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JEAN HONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIGHT MANAGEMENT CONSULTANTS, INC., DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C04 4011 PJH (EDL)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL SUBPOENAS TO PLAINTIFF'S TREATING PHYSICIANS AND TO AON CORPORATION** |

CASE NO. C 04 4011 PJH (EDL)　　　　PROPOSED ORDER RE DEF'S MOTION TO COMPEL SUBPOENA RESPONSES

1  **WHEREAS** the parties to the above-captioned action came before the Court on January 17, 2006, by and through their counsel of record, on Defendant's motion to compel responses to third party subpoenas. Having reviewed the papers submitted in support of and in opposition to Defendant's motion, and having heard the argument of counsel,

**IT IS HEREBY ORDERED AS FOLLOWS:**

Defendant's motion to compel responses to the subpoenas issued to Drs. Steven Blumlein, Abba Terr, and Hilary Mandel, copies of which are attached hereto as Exhibit A ("Medical Records Subpoenas") is GRANTED, with the following limitations. All medical records sought in response to Defendant's Medical Records Subpoenas concerning the following conditions regarding Mary Jean Hong: stress, anxiety, headaches, stiff neck, rash, skin condition, shoulder pain, digestive problem, and insomnia shall be produced to counsel for Defendant through counsel for Plaintiff's offices. In order to assure that counsel for Plaintiff is producing records from the universe of available records sought in connection with Defendant's Medical Records Subpoenas, at the time of production, Plaintiff and/or her attorneys shall state, under oath, all steps undertaken in order to obtain all records responsive to Defendant's Medical Records Subpoenas, and shall attach all written communications seeking to obtain Defendant's Medical Records Subpoenas. If any records or information are withheld from production, Plaintiff shall provide a detailed privilege log that complies with the Court's October 21, 2005 Order regarding Discovery Procedures ("October 21 Order"). This Order is being made without prejudice to Defendant's right to reissue the Medical Records Subpoenas in the event that Plaintiff does not comply with her obligations set forth herein, or if Defendant has a reasonable belief that items are missing from Plaintiff's production.

Defendant's motion to compel responses to the subpoena issued to Aon Corporation ("Aon Subpoena") is GRANTED, but only with respect to (1) all documents regarding and reflecting all forms of compensation Plaintiff received from her employment at Aon, (2) documents reflecting the date of Plaintiff's termination from Aon Corporation, and (3) documents from Plaintiff's personnel file reflecting whether her layoff was voluntary or involuntary, and the reasons she was selected for layoff. Defendant's motion to compel responses to the Aon Subpoena is DENIED with respect to the remaining documents and categories of records being sought. All records sought in

response to Defendant's Aon Subpoena shall be produced to counsel for Defendant through counsel for Plaintiff's offices. In order to assure that counsel for Plaintiff is producing records from the universe of available records sought in connection with Defendant's Aon Subpoena, at the time of production, Plaintiff and/or her attorneys shall state, under oath, all steps undertaken in order to obtain all records responsive to Defendant's Aon Subpoena, and shall attach all written communications seeking to obtain Defendant's Aon Subpoena. If any records or information are withheld from production, Plaintiff shall provide a detailed privilege log that complies with the Court's October 21 Order. This Order is being made without prejudice to Defendant's right to reissue the Aon Subpoena in the event that Plaintiff does not comply with her obligations set forth herein, or if Defendant has a reasonable belief that items are missing from Plaintiff's production.

**SO ORDERED.**

DATED: January 27, 2006

_____
HON. ELIZABETH D. LAPORTE
MAGISTRATE JUDGE, UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

Approved as to form:

DATED: January 27, 2006          By: _____/s/_____
                                      PAUL D. HERBERT
                                      THE LOUDERBACK LAW FIRM
                                      Attorneys for Plaintiff
                                      MARY JEAN HONG

DATED: January 27, 2006          By: _____/s/_____
                                      RONALD D. ARENA
                                      LITTLER MENDELSON, P.C.
                                      A Professional Corporation
                                      Attorneys for Defendant
                                      RIGHT MANAGEMENT
                                      CONSULTANTS, INC.

36115v1