1  NANCY E. PRITIKIN, Bar No. 102392
   RONALD D. ARENA, Bar No. 218421
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendant
   RIGHT MANAGEMENT CONSULTANTS, INC.
6
   CHARLES M. LOUDERBACK, Bar No. 88788
7  JANINE R. HUDSON, Bar No. 206671
   THE LOUDERBACK LAW FIRM
8  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
9  Telephone: 415.398.7860

10 Attorneys for Plaintiff
   MARY JEAN HONG
11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

16 | MARY JEAN HONG,                              | Case No. C04 4011 PJH (EDL)
17 |         Plaintiff,                           | **DISCOVERY MATTER**
18 | v.                                           | **STIPULATION AND [PROPOSED]
19 | RIGHT MANAGEMENT                             | ORDER EXTENDING EXPERT
   | CONSULTANTS, INC., DOES 1 through            | DISCOVERY CUTOFF DATE TO
20 | 100, inclusive,                              | ACCOMMODATE DEPOSITIONS OF
   |                                              | RHOMA YOUNG AND JERALD
21 |         Defendants.                          | UDINSKY**

---

CASE NO. C 04 4011 PJH (EDL)                          STIPULATION AND ORDER EXTENDING
                                                       EXPERT DISCOVERY CUTOFF

**WHEREAS** the expert discovery cutoff date in this case is February 22, 2006;

**WHEREAS** one of plaintiff's retained expert witnesses, Ms. Rhoma Young, must undergo abdominal surgery on February 15, 2006, and is unavailable to sit for deposition before February 15, 2006, due to other obligations and in order for her to complete preparations for her surgery;

**WHEREAS** Ms. Young will require a reasonable period of convalescence following the surgery in order to become physically able to sit for the deposition, and believes she will be physically able to sit for deposition by March 8, 2006;

**WHEREAS** due to other prior commitments, one of defendant's retained experts, Dr. Jerald Udinsky, Ph.D., is unavailable to sit for deposition during reasonable business hours at any point before March 2006, but can be available to sit for deposition on March 6, 2006; and

**WHEREAS** the parties agree that, under these circumstances, good cause exists to grant a short extension of the February 22, 2006 expert discovery cutoff date to allow for these particular depositions to go forward on the dates proposed above;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto through their undersigned counsel, that the deposition of Ms. Rhoma Young shall take place on March 8, 2006 and the deposition of Dr, Jerald Udinsky shall take place on March 6, 2006.

**IT IS SO STIPULATED**.

DATED: February 10, 2006       By: _____/s/_____
                                    PAUL D. HERBERT
                                    THE LOUDERBACK LAW FIRM
                                    Attorneys for Plaintiff
                                    MARY JEAN HONG

DATED: February 10, 2006       By: _____/s/_____
                                    RONALD D. ARENA
                                    LITTLER MENDELSON, P.C.
                                    A Professional Corporation
                                    Attorneys for Defendant
                                    RIGHT MANAGEMENT
                                    CONSULTANTS, INC.

CASE NO. C 04 4011 PJH (EDL)          2.          STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY CUTOFF

1  **SO ORDERED.**

2  DATED: February _14_, 2006



3  _____
   HON. ELIZABETH D. LAPORTE
   MAGISTRATE JUDGE, U.S. DISTRICT
   COURT, NORTHERN DISTRICT OF CALIFORNIA

Firmwide:80816266.1 027746.1002

CASE NO. C 04 4011 PJH (EDL)   3.   STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY CUTOFF