1  NANCY E. PRITIKIN, Bar No. 102392
   RONALD D. ARENA, Bar No. 218421
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendant
   RIGHT MANAGEMENT CONSULTANTS, INC.
6
   CHARLES M. LOUDERBACK, Bar No. 88788
7  JANINE R. HUDSON, Bar No. 206671
   THE LOUDERBACK LAW FIRM
8  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
9  Telephone: 415.398.7860

10  Attorneys for Plaintiff
    MARY JEAN HONG
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

16  MARY JEAN HONG,                        Case No. C04 4011 PJH (EDL)

17          Plaintiff,                     **DISCOVERY MATTER**

18      v.                                 **STIPULATION AND [~~PROPOSED~~]
                                           ORDER EXTENDING EXPERT
19  RIGHT MANAGEMENT                       DISCOVERY CUTOFF DATE TO
    CONSULTANTS, INC., DOES 1 through      ACCOMMODATE DEPOSITION OF DR.
20  100, inclusive,                        JAMES MISSETT**

21          Defendants.

22

23

24

25

26

27

28

1  **WHEREAS** the expert discovery cutoff date in this case is February 22, 2006;

2  **WHEREAS** one of Defendant's retained expert witnesses, Dr. James Missett, just

3  learned that he must appear for jury duty this week (the week of February 13, 2006) and is scheduled

4  to be out of the country all of next week returning on February 27, 2006, and is unavailable to have

5  his deposition taken before March 1, 2006;

6  **WHEREAS** the parties agree that, under these circumstances, good cause exists to

7  grant a short extension of the February 22, 2006 expert discovery cutoff date to allow for Dr.

8  Missett's deposition to go forward on the date proposed above;

9  **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto

10  through their undersigned counsel, that the deposition of Dr. James Missett shall take place on

11  March 1, 2006.

12  **IT IS SO STIPULATED**.

13

14  DATED: February 15, 2006        By: _____/s/_____

PAUL D. HERBERT
THE LOUDERBACK LAW FIRM
15  Attorneys for Plaintiff
MARY JEAN HONG

16

17

18  DATED: February 15, 2006        By: _____/s/_____

RONALD D. ARENA
LITTLER MENDELSON, P.C.
19  A Professional Corporation
Attorneys for Defendant
20  RIGHT MANAGEMENT
CONSULTANTS, INC.

21

22  **SO ORDERED.**

23

24  DATED: February _16_, 2006     _____

HON. ELIZABETH D. LAPORTE
25  MAGISTRATE JUDGE, U.S. DISTRICT
COURT, NORTHERN DISTRICT OF CALIFORNIA

26

27  Firmwide:80823584.1 027746.1002

28

CASE NO. C 04 4011 PJH (EDL)       2.    STIPULATION AND ORDER EXTENDING
EXPERT DISCOVERY CUTOFF