IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. HONG, | No. C-04-04011 PJH (EDL) |
| Plaintiff, | **ORDER RE: DEFENDANT'S MARCH 13, 2006 LETTER** |
| v. | |
| RIGHT MANAGEMENT CONSULTANTS, INC., | |
| Defendant._____/ | |

After business hours on March 13, 2006, Defendant filed a seven-page letter with forty-five pages of exhibits seeking reconsideration of the Court's January 24, 2006 Order granting in part and denying in part Defendant's Motion to Compel. Defendant also sought expedited consideration of this matter in view of the March 28, 2006 deadline for making pretrial disclosures in advance of the April 27, 2006 pretrial conference.

The Civil Local Rules and this Court's standing order do not provide for disputes to be addressed to the Court in this manner; Defendant did not seek leave to present this issue by letter rather than by motion with a request to shorten time. However, in light of the impending pretrial dates, the Court will construe Defendant's letter as a motion and a request to shorten time. The Court cautions that it will not accept this type of filing in the future.

It appears that the facts supporting Defendant's request for reconsideration came to light no later than February 22, 2006 at the deposition of Plaintiff's expert, yet Defendant waited until March 13, 2006 to bring this issue to the Court's attention. The Court appreciates that Defendant was engaged in meet and confer efforts, but the three-week delay when pretrial deadlines were rapidly approaching was unreasonable. Nevertheless, the Court grants the motion to shorten time.

Plaintiff shall file an opposition no later than March 20, 2006 at noon. Defendant shall file a reply no later than March 21, 2006 at noon. The Court does not intend to hold a hearing, but will notify the parties if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: March 14, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge