```
 1  NANCY E. PRITIKIN, Bar No. 102392
    RONALD D. ARENA, Bar No. 218421
 2  LITTLER MENDELSON
    A Professional Corporation
 3  650 California Street, 20th Floor
    San Francisco, CA 94108.2693
 4  Telephone: 415.433.1940

 5  Attorneys for Defendant
    RIGHT MANAGEMENT CONSULTANTS, INC.
 6
    CHARLES M. LOUDERBACK, Bar No. 88788
 7  JANINE R. HUDSON, Bar No. 206671
    THE LOUDERBACK LAW FIRM
 8  One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
 9  Telephone: 415.398.7860

10  Attorneys for Plaintiff
    MARY JEAN HONG
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JEAN HONG,<br><br>Plaintiff,<br><br>v.<br><br>RIGHT MANAGEMENT CONSULTANTS, INC., DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C04 4011 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR COMPLETING MANDATORY SETTLEMENT CONFERENCE** |

April 10, 2006

**DENIED**

Judge Phyllis J. Hamilton

CASE NO. C 04 4011 PJH

STIPULATION AND PROPOSED ORDER RE CONTINUING MANDATORY SETTLEMENT CONFERENCE

1     The parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate to a continuation of the deadline for completing the mandatory settlement conference in the above-captioned matter to May 22, 2006. Good cause exists for the requested continuation.

**IT IS SO STIPULATED.**

DATED: April 7, 2006

                /s/
PAUL HERBERT
THE LOUDERBACK LAW FIRM
Attorneys for Plaintiff
MARY JEAN HONG

DATED: April 7, 2006

                /s/
RONALD D. ARENA
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
RIGHT MANAGEMENT CONSULTANTS, INC.

**SO ORDERED.**

DATED: April ___, 2006

HON. PHYLLIS J. HAMILTON
JUDGE OF THE U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:80975572.1 027746.1002