| | |
|---|---|
| 1 | PAYNE & FEARS LLP |
|   | Attorneys at Law |
| 2 | CHARLES M. LOUDERBACK, Bar No. 88788 |
|   | PAUL D. HERBERT, Bar No. 104527 |
| 3 | One Embarcadero Center, Suite 2300 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: 415.398.7860 |
|   | Attorneys for Plaintiff |
| 5 | MARY JEAN HONG |

NANCY E. PRITIKIN, Bar No. 102392
RONALD D. ARENA, Bar No. 218421
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail: nepritikin@littler.com
E-mail: rarena@littler.com

Attorneys for Defendant
RIGHT MANAGEMENT CONSULTANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JEAN HONG, | Case No. C 04 4011 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |
| v. | |
| RIGHT MANAGEMENT CONSULTANTS, INC., and DOES I through 50, inclusive | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 04-4011 PJH

STIPULATION OF DISMISSAL AND
[PROPOSED] ORDER

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff MARY JEAN HONG and Defendant RIGHT MANAGEMENT CONSULTANTS, INC. by and through their designated counsel to this action that the above-captioned action is hereby dismissed with prejudice, and that the parties shall bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated: June 5, 2006                    Respectfully Submitted,

By: ____/s/_____
PAUL D. HERBERT
PAYNE & FEARS LLP
Attorneys for Plaintiff
MARY JEAN HONG

Dated: June 5, 2006

By: ____/s_____
RONALD D. ARENA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RIGHT MANAGEMENT
CONSULTANTS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated ___June 6___, 2006



HON. PHYLLIS J. HAMILTON
JUDGE, U.S. DISTRICT COURT
NORTHERN D.
CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton

38564v1

CASE NO. C 04-4011 PJH          1.          STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940